IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-213-F-4

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ONREY TOWNES | ) | |

This matter is before the court on Defendant On'Rey Townes's letter motion for miscellaneous relief [DE-180] and letter motion to appoint new counsel [DE-182]. However, this case is on appeal, and this court is without jurisdiction to consider the defendant's request for relief, if any.

SO ORDERED.

This, the 9th day of February, 2015.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge