UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:11-CR-213-4F

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Onrey Townes** | ) | |

On April 24, 2012, Onrey Townes appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Possession of a Stolen Firearm and Aiding and Abetting, in violation of 18 U.S.C. §§ 922(j), 924, and 2, was sentenced to the custody of the Bureau of Prisons for a term of 12 months and 1 day. Additionally, it was ordered by the court that the defendant be placed on supervised release for 3 years upon release from imprisonment. Onrey Townes was released from custody and the term of supervised release commenced on July 3, 2012.

From evidence presented at the revocation hearing on September 29, 2014, the court found as a fact that Onrey Townes, who appeared before the court with counsel, had violated the terms and conditions of the judgment as follows:

1. Criminal conduct (Felony First Degree Burglary and Attempted Breaking and Entering a Building).
2. Failure to participate as directed by the probation officer in a mental health program.

It was ordered and adjudged that the supervised release term be revoked, and the defendant was ordered committed to the custody of the Bureau of Prisons for a period of 21 months. The defendant appealed this sentence. The United States Court of Appeals For the Fourth Circuit vacated the judgment and remanded this case to the District Court for a new sentencing hearing.

On January 7, 2016, the defendant appeared before the court with counsel, and the following was ordered:

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of time served.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 7th day of January, 2016.

_____
James C. Fox
Senior U.S. District Judge

Case 5:11-cr-00213-F Document 210 Filed 01/11/16 Page 1 of 1